

1455 US Highway 61 S Ste A
Festus, MO 63028

April 18, 2021

*Addendum to contract to Sarah Sweeney, DPM*

Dear Dr. Sweeney,
The ability for you to independently practice with full reimbursements, and the ability for Best Foot Forward Podiatric Specialists (BFF) to collect full payment for your work is currently delayed until August 9, 2021. Below is an addendum to your contract to reflect the delays in licensure and credentialing:

- <u>Initial Term</u> – Three (3) years, July 23, 2021 to July 23, 2024 with a pre-term from April 5, 2021 to July 23, 2021

- <u>Salary</u> – $120,000/year in initial term. Pre-term amounts: $10,000/month prorated April 5, 2021 to April 30, 2021 and $5,000/month prorated May 1, 2021 to July 23, 2021

- <u>Bonus Plan/Profit Sharing</u> – Paid Quarterly – 35% paid on Dr. Sweeney's gross collections over an annual base of $360,000

- <u>Vacation</u> – 3 weeks (15 days) paid vacation per year, vacation must be submitted for approval at least 90 days in advance

- <u>401k Plan</u> – Opportunity to invest after initial term

- <u>Complete Malpractice Insurance</u> – Paid by BFF

- <u>CME Allowance</u> – $2,000 per year paid by BFF, requests must be submitted for approval at least 90 days in advance

- To enter into the three (3) year initial term Employed Physician must maintain an active license to practice podiatric medicine in Missouri and Illinois and maintain eligibility to participate in all Managed Care Organizations (MCO) that BFF participates. At the time of this writing Illinois state podiatric licensure is incomplete and application to BFF's MCO is incomplete; inability to submit these applications by April 23, 2021 will void all previous initial and pre terms and new terms will need to be agreed upon.

This addendum is a formal expression of Best Foot Forward Corporation Podiatric Specialists intention to hire you according to the aforementioned terms.  Please sign below to indicate your acceptance and return one (1) signed copy.

I have read and understand the terms of this agreement.

_____
Sarah Sweeney, DPM (signature)

*Sarah Sweeney*
Printed Name

Accepted by:

**EXHIBIT 2**



                    1455 US Highway 61 S Ste A
                                  Festus, MO 63028

_____
Franklin Harry, DPM (signature)
President

_____
Printed Name