UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH SWEENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-01265-RLW |
| ) | |
| BEST FOOT FORWARD CORP. ) | |
| PODIATRIC SPECIALISTS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Comes now attorney Sherrie Hall and the Workers Rights Law Firm, pursuant to Missouri Supreme Court Rules 4-1.16(b)(1)(5) and 55.03(e)(2) and E.D. of Mo. Local Rule 12.02, and seeks leave to withdraw as counsel for plaintiff Sarah Sweeney.  Plaintiff does not object to this motion.

Plaintiff Dr. Sweeney's last known address is 13563 Bluff Hill Acres Court, Marthasville, MO 63357 and her email is drsweeney@feetbyavalon.org.

        Respectfully submitted,
        **WORKERS RIGHTS LAW FIRM LLC**

        /s/ Sherrie Hall
        SHERRIE A. HALL, #MO40949
        2258 Grissom Drive
        St. Louis, Missouri 63146
        Phone: (314) 824-0348
        Fax:     (314) 828-1029
        sherrieworkersrights@gmail.com
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, the foregoing was filed electronically with the Clerk of the Court for service on all parties of record and was also served on plaintiff via her email.

        /s/ Sherrie Hall