# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARAH SWEENEY, ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | |
| v. ) | No. 4:22-CV-1265 RLW |
| ) | |
| BEST FOOT FORWARD CORPORATION ) | |
| PODIATRIC SPECIALISTS, et al., ) | |
| ) | |
| Defendants/Counter Claimants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing is set for **Tuesday, October 31, 2023, at 1:30 p.m.**, in Courtroom No. 10-S of the Thomas F. Eagleton United States Courthouse, at which time the Court shall take up Plaintiff's Counsel's Motion for Leave to Withdraw as Counsel for Sarah Sweeney and Movant Danielle Mankunas's Motion to Quash Subpoena.  [ECF No. 30 and 40]. Plaintiff Sarah Sweeney and Danielle Mankunas shall attend the hearing in person.

**IT IS FURTHER ORDERED** that Plaintiff Sarah Sweeney's Motion for Leave to File Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff under Seal is **DENIED.** [ECF No. 42].  The motion is denied for the following reasons: (1) Plaintiff failed to comply with the Local Rules in that she did not file a Memorandum Supporting Sealing stating the specific legal and factual reasons justifying the sealing, See E.D.Mo. L.R. 13.05(A)(4)(b)(i); (2) while Plaintiff filed a motion for leave to file her memorandum under seal, she is in fact asking that the memorandum be filed under seal and *ex parte*; and (3) the Court has reviewed memorandum at issue and determines that it does not contain attorney-client communications that are privileged, and the public's right to access the document outweighs Plaintiff's interests in confidentiality under the circumstances.  Plaintiff has 14 days to appeal this order or file a motion to withdraw

the documents. See E.D.Mo. L.R. 13.05(A)(4)(g). If no such appeal or motion is timely filed, the documents will be filed in the public record.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Movant Danielle Mankunas at 1877 Fairfax Drive, Barnhart, Missouri 63012.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this __25th__ day of October, 2023.